Quarles & Brady LLP
Renaissance One
Two 33333North Central Avenue
Phoenix, Arizona  85004-2391
TELEPHONE 602.229.5200

Attorneys for Plaintiff BBQ Hut, Inc.

André H. Merrett (#020889)
amerrett@quarles.com

John Craiger (#021731)
jcraiger@quarles.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BBQ HUT, INC., an Arizona corporation, | NO. CV-06-2050-PHX-FJM |
| Plaintiff, | |
| vs. | **JOINT PROPOSED PRETRIAL ORDER** |
| MAELIN ENTERPRISES, LLC, an Arizona limited liability company; and MAELIN PATRICK and GARY CHANDLER, husband and wife, | |
| Defendants. | |

Pursuant to this Court's Scheduling Order dated September 24, 2007, the parties hereby submit the following Joint Proposed Pretrial Order to be considered at the Final Pretrial Conference set for February 1, 2008, at 3:00 p.m.

1. TRIAL COUNSEL FOR THE PARTIES

Plaintiff(s):  André H. Merrett

Quarles and Brady LLP

2 North Central Ave.

Phoenix, AZ 85004-2391

p. (602) 229-5200 f. (602) 417-2912

Defendant(s):     Jeffrey A. Dickerson

9655 Gateway Dr., Suite B

Reno, NV  89521

(775) 786-6664

(775) 786-7466 fax

2. **STATEMENT OF JURISDICTION/VENUE**

This Court has jurisdiction pursuant to 15 U.S.C. §1121 and 28 U.S.C. §§1331and 1338.

3. **NATURE OF ACTION**

Plaintiff commenced this action to recover damages resulting from defendants' violation of its federally protected trademark rights and defendants' failure to pay sums due and owing under a promissory note.

On November 30, 2007, this Court granted plaintiff's motion for default judgment against defendants.  Thus, the only issue remaining for trial in this action is the amount of damages plaintiff is entitled to recover against defendants as a result of their trademark infringement.

4. **STIPULATION AND UNDISPUTED FACTS**

In light of the Court's granting of BBQ Hut's motion for default judgment, there

remains only issues of fact regarding the length of time during which defendants' violated BBQ Hut's trademark rights and defendants' profits derived thereby. BBQ Hut's damages will depend on a determination of these issues. On these issues there are no stipulated and undisputed facts. Indeed, despite the Court's order to do so, defendants' have failed and refused to respond to BBQ Hut's discovery on these issues.

5. **WITNESSES**

    Plaintiff:   Shayne Williams
                   Maelin Patrick
                   Gary Chandler
                   Scott Perry
                   Gil Dawson
                   Derrick Deatheridge

    Defendants:

6. **EXHIBITS**

Plaintiff's exhibits are attached hereto as Exhibits 1-4.

Exhibit 1.  BBQ Hut's Registered Trademark documentation.
Exhibit 2   Intellectual property License Agreement with Maelin Patrick.
Exhibit 3   Intellectual property License Agreement with Maelin Enterprises, LLC.
Exhibit 4   February 15, 2006 Correspondence from Scott Malm to Shayne Williams.

APPROVED AS TO FORM AND CONTENT:

/s/ André H. Merrett                        _____
André H. Merrett                                  Jeffrey A. Dickerson

1  THIS JOINT PRETRIAL ORDER IS HEREBY APPROVED ON THIS _____ DAY OF January, 2008.

2

3

4

5                                                        _____
                                                         Frederick J. Martone
6                                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26